# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

─────────────────────────────────────── X

**Christine Kinkade individually
and on behalf of all others
similarly situated**                    **Plaintiffs**        Docket No.  10-1904

-against-

**Stellar Recovery, Inc.**              **Defendants**

─────────────────────────────────────── X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party. The parties agree that the Court retains jurisdiction for 30 days for the purposes of enforcing the settlement.

S/ JOSEPH MAURO                          7-12-10
Joseph M. Mauro                          Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S/KEVIN MCHUGH                           7-12-10
Kevin Barry McHugh                       Date
The Law Offices of Edward Garfinkel
12 Metrotech Center
27th Floor
Brooklyn, NY 11201

*The Clerk of the Court shall close the case.*

**SO ORDERED**

Joseph F. Bianco
USDJ

Date: July 12 2010
Central Islip, N.Y.